Hon. Nicholas G. Garaufis:

Date: 12-16-14
Re: 10CR615 (NGG)

I'm writing to the because I received a copy of my Presentence investigation report that says that this first draft was prepared on 12-3-14. It is my understanding that I have 14 days to submit any objections and/or corrections to the report. Well I have a multitude of objections and request for corrections to this report, and I only received this first draft today 12-16-14. I am requesting with respect to the aforementioned that the time length be excluded or extended. It is unfair and detrimental to me to allow this report that contains a plethora of fallacies; to be submitted for the sake of expediency. I understand how important this process is, and only wish for this report to represent established truth, and not an abundance of falsehoods.

Respectfully Submitted,

Ronald Herron.

RECEIVED
DEC 19 2014
in the Chambers of Judge
Nicholas G. Garaufis

DIF

R. Herron 78527-053
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

Legal Mail

Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 19 2014 ★
BROOKLYN OFFICE

11201183299